UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PETER MAYLATH, Individually and on Behalf
of All Others Similarly Situated,

       Plaintiff,                                    JUDGMENT
v.                                          24-cv-01652 (OEM)(LGD)

BROWN RACING STABLE INCORPORATED
BRUCE BROWN, Individually,

       Defendants.
-----------------------------------------------------------------X

An Order of the Honorable Orelia E. Merchant, United States District Court, having been filed on November 22, 2024, granting the motion to dismiss for lack of prosecution with prejudice; and dismissing this action with prejudice; it is

ORDERED and ADJUDGED that the motion to dismiss for lack of prosecution with prejudice is granted; and that this action is dismissed with prejudice.

Dated: Brooklyn, New York                                           Brenna B. Mahoney
       November 25, 2024                                           Clerk of Court

                                                                 By:    */s/Jalitza Poveda*
                                                                           Deputy Clerk